# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Andrew and Jennie Skwara ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| ) | 3:23-cv-01109 |
| vs. ) | |
| ) | |
| ) | Jury Trial Demanded |
| Wondershop Inc. and Shenzhen Center Powers ) | |
| Tech. Co., Ltd. d/b/a Power Tech. Co. Ltd, ) | |
| d/b/a Powerextra ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED] AGREED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Wondershop Inc. has filed an unopposed motion to extend the time in which it has to respond to Plaintiffs' Complaint until December 20, 2023. Plaintiffs' do not oppose this motion, and the Court therefore GRANTS Defendant's motion.

Defendant shall respond to Plaintiffs' Complaint on or before December 20, 2023. Defendant does not waive any of its defenses to the Complaint by making the request for extension.

IT IS SO ORDERED.

_____
MAGISTRATE JUDGE ALISTAR NEWBORN

**APPROVED FOR ENTRY:**

Respectfully submitted,

*s/Samuel Lanier Felker*
Samuel Lanier Felker
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
1600 West End Ave.
Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
samfelker@bakerdonelson.com

*Attorneys for Defendant Wondershop, Inc.*

*s/ Michael A. Durr by Samual Lanier Felker by permission*
Quist Fitzpatrick Jarrard, PLLC
800 South Gay Street
Suite 2121
Knoxville, Tennessee 37929
mdurr@qfjlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing Agreed Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

Michael A. Durr
QUIST FITZPATRICK & JARRARD, PLLC
800 South Gay Street
Suite 2121
Knoxville, Tennessee, 37939
mdurr@qfjlaw.com

this 20th day of November, 2023.

                                              s/
                                              Samuel Lanier Felker